```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CARMEN TAVAREZ-VARGAS,                                      :
                                                            :
                            Plaintiff,                      :
                                                            :      21-CV-10382 (VSB)
              -against-                                     :
                                                            :            ORDER
CORSAIR MEMORY, INC.,                                       :
                                                            :
                            Defendant.                      :
                                                            :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff Carmen Tavarez-Vargas filed this action on December 6, 2021 against Defendant Corsair Memory, Inc. (Doc. 1.) On February 9, 2022, Plaintiff filed an affidavit of service. (Doc. 5.) The deadline for Defendant to respond to Plaintiff's complaint was January 6, 2022. (*See* Doc. 5.) On February 23, 2022, Defendant filed a notice of appearance. (Doc. 6.) Defendant then sought three extensions of time to answer, all of which were granted. (*See* Docs. 7–8, 9–10, 11–12.) On April 28, 2022, Defendant sought the fourth extension of time to answer, which I granted, but I warned that "that future extension requests are unlikely to be granted barring extraordinary circumstances." (Doc. 13–14.) On May 22, 2022, Defendant sought a fifth extension of time to answer and provided extraordinary circumstances in support of such an extension. (Doc. 15.) I granted the extension but said that "[n]o further extensions will be granted." (Doc. 16.)

      The deadline for Defendant to respond to Plaintiff's complaint was June 9, 2022. (*Id.*) Defendant has not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no

later than June 17, 2022.  If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss Plaintiff's claims for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 10, 2022
             New York, New York

VERNON S. BRODERICK
United States District Judge